IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| GUSTAVO MAHUA ENVELA, | : | 18 U.S.C. § 970(b) |
| | : | (Protection of Property Occupied |
| Defendant. | : | by Foreign Government) |
| | : | |
| | : | D.C. Code § 22-3302 |
| | : | (Unlawful Entry) |

## CRIMINAL INFORMATION

The United States Attorney charges that:

### Count One

On or about June 4, 2018, in the District of Columbia, the defendant, GUSTAVO MAHUA ENVELA, knowingly, willfully, and with intent to harass did forcibly thrust papers and other garbage upon premises located within the United States, which are used for diplomatic consular and residential purposes by a foreign government, in violation of Title 18, United States Code, Section 970(b).

**Count Two**

On or about June 4, 2018, in the District of Columbia, the defendant, GUSTAVO MAHUA ENVELA, did knowingly, voluntarily, and without authority enter private property against the will of the lawful occupant, in violation of Title 22, Code of the District of Columbia, Section 3302.

JESSIE K. LIU
UNITED STATES ATTORNEY

Dated: July 9, 2018          by:   *EDewar*
Elizabeth M. Dewar
Special Assistant U.S. Attorney
National Security Section
U.S. Attorney's Office
555 Fourth Street NW
Washington, DC
Telephone: (202) 252-7215
Email: elizabeth.dewar@usdoj.gov